UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATHAN E. HINES

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 11-349-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated June 12, 2012 (doc. no. 12) to which no objection has been filed.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security Michael J. Astrue, denying the applications for disability and supplemental security income benefits filed by plaintiff Nathan E. Hines are AFFIRMED, and this action is DISMISSED.

Baton Rouge, Louisiana, this 14th day of June, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA